**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CARVEL SCOTT HASE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CARVEL SCOTT HASE,** | No.   2:16-CV-02522-KJN |
| **Plaintiff,** | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys and with the permission of the Court, that plaintiff's time to file a reply brief is extended from July 11 to July 17, 2017.

////

////

[Pleading Title] - 1

Dated: July 10, 2017                         /s/      Jesse S. Kaplan
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff


                                             PHILLIP A. TALBERT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Counsel, Region IX
                                             Social Security Administration

Dated: July 10, 2017                          /s/ per e-mail authorization

                                             SHARON LAHEY
                                             Special Assistant U.S. Attorney
                                             Attorneys for Defendant


## ORDER

Based on the parties' stipulation, the requested extension is GRANTED. Plaintiff's time to file a reply brief is extended to July 17, 2017.

SO ORDERED.

Dated: 07/11/17

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE