UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARVEL SCOTT HASE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:16-cv-2522-KJN<br><br><br>ORDER |

On February 13, 2018, the court reversed the final decision of the Commissioner and remanded the action for further administrative proceedings. (ECF No. 20.) Thereafter, on May 12, 2018, plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). (ECF No. 22.) Plaintiff requests an award of $5,504.98 for 22.50 hours of work on the case in federal district court. (Id.)

Subsequently, on June 27, 2018, the Commissioner filed a statement of non-opposition to plaintiff's motion. (ECF No. 24.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an award of EAJA fees (ECF No. 22) is GRANTED.

2. Plaintiff is awarded $5,504.98 in attorney fees under the EAJA.[1]

IT IS SO ORDERED.

Dated: June 29, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] It is unclear from plaintiff's motion whether plaintiff had executed an assignment of EAJA fees to plaintiff's counsel. In the event that such an assignment was executed, fees shall be made payable to plaintiff, but if the Department of the Treasury determines that plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to counsel. See Astrue v. Ratliff, 560 U.S. 586, 598 (2010).

2